IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1281-MHT |
| TOWN OF PROVIDENCE, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by October 15, 2007, as to why said motion should not be granted as requested.

DONE, this the 14th day of August, 2007.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE