IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,       )
                            )
    Plaintiffs,              )
                            )
    v.                       )    CIVIL ACTION NO.
                            )    2:87cv1281-MHT
TOWN OF PROVIDENCE,          )        (WO)
                            )
    Defendant.               )
```

FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 2), an order was entered on August 14, 2007 (Doc. No. 3), directing defendant Town of Providence to show cause, if any there be, in writing by October 15, 2007, as to why said motion should not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the interim order allowing election entered June 17, 1988, and the notices to the plaintiff class providing that the Town Council of the Town of Providence would consist of 5 members elected at-large, without designated or numbered places and with the 5 candidates receiving the most votes being elected and each voter casting one vote for the candidate of his or her choice.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Providence is dissolved.

(4) All claims against defendant Town of Providence in this action are dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 17th day of October, 2007.**

                                                     /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**